# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1285
Lower Tribunal No. F77-2923
_____

**Earl McGowan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michele Delancy, Judge.

Earl McGowan, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Johnson v. State, 50 Fla. L. Weekly D1678 (Fla. 3d DCA

July 30, 2025).